## ROBERT *vs.* BOYNTON.

A party on the record who, at the trial, has no interest in the event of the suit, may be examined as a witness.

Complaint, in Dougherty Superior Court. Tried before Judge ALLEN, at June Term, 1859.

The decision of the Court contains a statement of the fact and question in this case.

*By the Court.*—LUMPKIN, J., delivering the opinion.

The only question in this case is, whether a party to the record, who has no interest at the trial, in the event of the

suit, can be examined? It ·was solemnly decided that he could be in the case of the Central Railroad and Banking Company against Hines, Perkins & Co. 19 *Ga. Rep.*, 203. And the same point has since been reaffirmed after the most thorough examination. The point, therefore, is no longer an open question in this Court.